**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | | |
|---|---|---|
| **ELISE BOURQUE** | * | **CIVIL ACTION NO. 08-0567** |
| **VERSUS** | * | **JUDGE MELANCON** |
| **MICHAEL J. ASTRUE,**<br>**COMM. OF SOCIAL SECURITY** | * | **MAGISTRATE JUDGE HILL** |

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill  for

Report and Recommendation.  After an independent review of the record, and noting the

absence of any objections, this Court concludes that the Report and Recommendation of

the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the

Commissioner's decision is **REVERSED**, and that benefits are awarded consistent with an

onset date of May 24, 2005.[1]

**THUS DONE AND SIGNED**  in Lafayette,  Louisiana, on this 25th day of

September, 2009.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE

---

[1]     This constitutes a "final judgment" that triggers the filing period for an EAJA fee application.
*Shalala v. Schaeffer*, 509 U.S. 292, 113 S.Ct. 2625, 2631 (1993); *Freeman v. Shalala*, 2 F.3d 552
(5th Cir. 1993).